**manatt**

Matthew F. Bruno
Manatt, Phelps & Phillips, LLP
Direct Dial: (212) 790-4525
MBruno@manatt.com



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/18/2024

September 18, 2024

**MEMO ENDORSED**

<u>VIA ECF</u>
Honorable Valerie E. Caproni, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square, Room 240
New York, NY 10007

  Re: *McDonald, et al. v. H & M Fashion USA, Inc.*
    <u>Case No. 1:24-cv-02476</u>

Dear Judge Caproni:

  We represent Defendant H&M Fashion USA, Inc. ("H&M") in the above-referenced action. Pursuant to Rules 2.C and 3.A of Your Honor's Individual Practices in Civil Cases, we write to respectfully request an adjournment of the Federal Rule of Civil Procedure 16 conference (the "Rule 16 Conference") currently scheduled for September 27, 2024 at 10:00 a.m. In light of H&M's pending Motion to Dismiss, which is fully briefed, the parties respectfully request that the Rule 16 Conference be scheduled (if necessary) after the Court issues a decision on the Motion and all discovery be stayed until such time. Prior to submitting the present request, counsel for H&M conferred with Plaintiffs' counsel, who has consented to the request made herein. Plaintiffs previously requested an adjournment on July 25, 2024 due to scheduling conflicts (ECF No. 20) and this is H&M's first request.

  The Court's attention to this matter is greatly appreciated.

            Respectfully submitted,

            */s/ Matthew F. Bruno*
            _____
            Matthew F. Bruno

cc: All Counsel of Record (*via* ECF)

Application GRANTED.  The Initial Pretrial Conference scheduled for Friday, September 27, 2024 is ADJOURNED *sine die*.  If the motion to dismiss is denied at least in part, the Court will reschedule the Conference.  The parties' deadline to file a joint letter and proposed case management plan is similarly extended *sine die*.

SO ORDERED.

9/18/2024

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE